UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>,
    Plaintiff

    v.

Case No. 10-cr-136-01-SM

<u>Matthew Denton,</u>
    Defendant

<u>O R D E R</u>

Defendant Denton's motion to continue the final pretrial conference and trial is granted (document no. 10). Trial has been rescheduled for the month of January 2011. Defendant Denton shall file a waiver of speedy trial rights not later than December 3, 2010. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective

preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for January 6, 2011 at 3:30 p.m.

Jury selection will take place on January 19, 2011 at 9:30 a.m.

SO ORDERED.

                                            Steven J. McAuliffe
                                            Chief Judge

November 24, 2010

cc:   Stanley Norkunas, Esq.
       Terry Ollila, AUSA
       U.S. Marshal
       U.S. Probation